FILED

JUN 22 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANK WALKER and LINDA WALKER,

     Plaintiffs,

     v.

AMERICAN SERVICING COMPANY,

     Defendant.

_____/

No. C 07-2052 PJH

**ORDER**

On April 19, 2007, this court denied plaintiff Frank Walker's request to proceed in forma pauperis, and ordered plaintiff to pay the required filing fee by May 18, 2007. Plaintiff failed to meet this deadline. Plaintiffs have now filed an "urgent" letter requesting that the court immediately approve an extension of time in order to allow plaintiff to pay the filing fee for his complaint. Plaintiffs state that immediate action is required, since the foreclosure date from which plaintiff seeks relief is Saturday, June 23.

Plaintiffs' letter requesting an immediate extension of time is procedurally deficient. The local rules allow individuals to file requests to shorten or enlarge time in order to alter deadlines fixed by the court, but such requests must be made by way of a motion and declaration filed pursuant to local rule 6-3. As such, plaintiffs' belated letter request for an order enlarging the time in which they may pay the filing fee is hereby DENIED for failure to comply with the local rules.

Moreover, to the extent plaintiffs are really seeking to have the court enjoin any foreclosure action from taking place, such an emergency request could only be made pursuant to Federal Rule of Civil Procedure ("FRCP") 65(b). Plaintiffs, however, have failed to submit a proof of service indicating that the instant request has been served on

United States District Court
For the Northern District of California

1  defendant, nor have plaintiffs otherwise complied with the requirements of FRCP 65(b).

2  Accordingly, even plaintiffs' request is construed as a proper request pursuant to FRCP

3  65(b), the request is hereby DENIED.

4

5  **IT IS SO ORDERED.**

6  Dated: June 22, 2007

7                                                              PHYLLIS J. HAMILTON
                                                               United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court

For the Northern District of California