IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANK WALKER and LINDA WALKER,      No. C 07-2052 PJH

    Plaintiffs,

    v.     **ORDER OF DISMISSAL**

AMERICAN SERVICING COMPANY,

    Defendant.

_____/

On June 27, 2007, this Court issued an order to show cause why plaintiffs' claims should not be dismissed for lack of subject matter jurisdiction, as the plaintiffs' complaint (styled as a Motion for Extension of Time to Foreclosure [sic]) did not contain allegations stating a federal cause of action. The court ordered plaintiffs to respond to the order to show cause by July 30, 2007, noting that the court would dismiss the case if plaintiffs did not respond. Plaintiffs have not responded to the order to show cause. Accordingly, the complaint is HEREBY DISMISSED for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

Dated: August 2, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge